# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

STEVEN JERMAINE CHARLES

NO. 2021 KW 0055

MARCH 2, 2021

---

In Re:  Steven Jermaine Charles, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 548,792.

---

**BEFORE:  GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DENIED AS PREMATURE.**

**JMG**
**PMc**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT